IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 0 1 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| In re Acro Energy Technologies, Inc. | § |
| | § |
| Debtor | § Case No. 13-30985 |
| | § |
| | § Chapter 7 |

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Glynda Stowers, attorney for Debtor, and files this Motion to Withdraw as Counsel for Debtor, and respectfully shows the Court as follows:

1. Pursuant to a Judgment entered by Judge Letitia Paul on June 18, 2013, Stowers has been enjoined from filing any additional bankruptcy cases until she takes additional continuing legal education in the area of bankruptcy law;

2. In order to fully comply with the Order, Stowers is withdrawing from all cases currently pending where she is listed as attorney of record;

3. Stowers has consulted with attorney James Pope who has agreed to step in as counsel for the Debtor in this case, and this Withdrawal is not sought for delay.

WHEREFORE, Glynda Stowers, The Law Offices of Glynda P. Stowers, P.C. prays that the Court enter an order discharging Glynda Stowers as attorney of record for Acro Energy Technologies, Inc.

Date: July 1, 2013

        Respectfully submitted,

        THE LAW OFFICES OF GLYNDA P. STOWERS, P.C.

        By: /s/ Glynda P. Stowers
            Glynda P. Stowers
            SBN00786176
        11569 Hwy 6 South, PMB 64
        Sugar Land, Texas 77498-4932
        281-221-4485
        FAX 281-494-8196
        ATTORNEY FOR DEBTOR

## Certificate of Service

A copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR was delivered on this 1st day of July, 2013 to all parties listed below in the manner listed below:

Acro Energy Technologies, Inc.
10700 Richmond Avenue, Ste. 275
Houston, TX 77042

| | |
|---|---|
| Chapter 7 Trustee<br>Joseph M. Hill<br>Cage Hill and Niehaus LLP<br>5851 San Felipe, Suite 950<br>Houston, TX 77057 | U.S. First Class Mail |
| US Trustee<br>Office of United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | U.S. First Class Mail |

/s/ Glynda P. Stowers